IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

COREY A. MCDOWELL BEY,

    Petitioner,

v.                              CASE NO. 5:13-cv-68-RS-EMT

SECRETARY DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 3). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED without prejudice**.

3. In the event Plaintiff initiates a new cause of action, it must be accompanied by payment of the $350.00 filing fee in its entirety.

4. The clerk is directed to close the file.

**ORDERED** on September 9, 2013.

                                /S/ Richard Smoak
                                **RICHARD SMOAK**
                                **UNITED STATES DISTRICT JUDGE**